PATRICK H. HICKS, ESQ.
Nevada State Bar Number: 004632
SANDRA KETNER, ESQ.
Nevada State Bar Number: 8527
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:         702.862.8811
Email:            phicks@littler.com
                     sketner@littler.com

Attorneys for Defendant
WYNDHAM VACATION OWNERSHIP, INC. d/b/a WYNDHAM DESTINATIONS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE ARMSTRONG, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WYNDHAM VACATION OWNERSHIP, INC. d/b/a WYNDHAM DESTINATIONS, A foreign corporation; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive<br><br>Defendant. | Case No. 2:20-cv-00983-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff DANIELLE ARMSTRONG ("Plaintiff") and DefendantsWYNDHAM VACATION OWNERSHIP, INC. d/b/a WYNDHAM DESTINATIONS ("Defendant"), by and through their attorneys of record, stipulate that Defendant has an additional fourteen (14) days from June 24, 2020 to answer or otherwise plead in response to Plaintiff's complaint.  Defendant is to file its response on or before **July 8, 2020**.  This is the first extension of Defendant's time to respond to Plaintiff's complaint and is made by stipulation of the parties.

This extension is necessary based on the workload of defense counsel and challenges associated with continued teleworking.  This is the first request for an extension of time to answer or

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

otherwise respond to the Complaint.

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: June 22, 2020

Respectfully submitted,

*/s/ Danielle J. Barraza, Esq.*
JOSEPH A. GUTIERREZ, ESQ.
DANIELLE J. BARRAZA, ESQ.
MAIER GUTIERREZ & ASSOCIATES

Attorneys for Plaintiff
DANIELLE ARMSTRONG

Dated: June 22, 2020

Respectfully submitted,

*/s/ Sandra Ketner, Esq.*
PATRICK H. HICKS, ESQ.
SANDRA KETNER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WYNDHAM VACATION OWNERSHIP, INC.
d/b/a WYNDHAM DESTINATIONS

**ORDER.**

**IT IS SO ORDERED.**

Dated this 25th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4815-2677-0112.1 049859.1028

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.