1  PATRICK H. HICKS, ESQ.
   Nevada State Bar Number: 004632
2  KELSEY E. STEGALL, ESQ.
   Nevada State Bar Number: 014279
3  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
4  Suite 300
   Las Vegas, NV  89169-5937
5  Telephone:     702.862.8800
   Fax No.:       702.862.8811
6  Email:         phicks@littler.com
                  kstegall@littler.com
7
   Attorneys for Defendant
8  WYNDHAM VACATION OWNERSHIP, INC. d/b/a WYNDHAM
   DESTINATIONS
9

10                          UNITED STATES DISTRICT COURT

11                                DISTRICT OF NEVADA

12

13 | DANIELLE ARMSTRONG, individually, | Case No. 2:20-cv-00983-JCM-VCF
14 | Plaintiff, |
15 | vs. | **DEFENDANT WYNDHAM VACATION OWNERSHIP, INC. d/b/a WYNDHAM DESTINATIONS'S MOTION TO WITHDRAW SANDRA KETNER AS COUNSEL OF RECORD IN THIS CASE**
16 | WYNDHAM VACATION OWNERSHIP, INC. d/b/a WYNDHAM DESTINATIONS, A foreign corporation; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive |
17 | |
18 | Defendant. |
19

20         Defendants WYNDHAM VACATION OWNERSHIP, INC. d/b/a WYNDHAM
21 DESTINATIONS ("Defendant"), pursuant to this Court's Local Rule of Practice LR IA 11-6,
22 respectfully request that the Court withdraw Sandra Ketner, Esq., as counsel in this matter. Ms. Ketner
23 is no longer associated with Littler Mendelson, P.C. Accordingly, she should be removed as attorney
24 of record in this matter as well as being removed from the CM/ECF service list for this case.
25         In support of this Motion, Defendants rely upon the memorandum of points and authorities as
26 set forth below.
27 / / /
28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

## MEMORANDUM OF POINTS AND AUTHORITIES

An attorney can only withdraw from a case with leave of court. *See* LR IA 11-6. In this case, the docket continues to reflect that Sandra Ketner serves as "lead attorney" in this matter. Ms. Ketner ended her association with Littler Mendelson on July 16, 2020. Accordingly, she is no longer associated with this litigation. Defendants have directed undersigned counsel to file this Motion withdrawing Ms. Ketner as their counsel.

Should the Court grant this Motion, Ms. Ketner's withdrawal will not affect the proceedings. Moreover, Ms. Ketner's withdrawal from this case will not be relied upon as a basis for delaying proceedings. As indicated above, Ms. Ketner will not been affiliated with Littler Mendelson as of July 16, 2020.

Dated: July 16, 2020

Respectfully submitted,

*/s/ Kelsey E. Stegall, Esq.*
PATRICK H. HICKS, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WYNDHAM VACATION OWNERSHIP, INC.
d/b/a WYNDHAM DESTINATIONS

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.

# PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169. On July 16, 2020, I served the within document(s):

**DEFENDANT WYNDHAM VACATION OWNERSHIP, INC. d/b/a WYNDHAM DESTINATIONS'S MOTION TO WITHDRAW SANDRA KETNER AS COUNSEL OF RECORD IN THIS CASE**

☒ By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-1, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Joseph A. Gutierrez, Esq.
Danielle J. Barraza, Esq.
Maier Gutierrez & Associates
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
jag@mgalaw.com
djb@mgalaw.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 16, 2020, at Las Vegas, Nevada.

*/s/ Erin J. Melwak*
Erin J. Melwak

4850-0901-7539.1 049859.1028

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3.