PATRICK H. HICKS, ESQ.
Nevada State Bar Number: 04632
KELSEY E. STEGALL, ESQ.
Nevada State Bar Number: 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:         702.862.8811
Email:            phicks@littler.com
                     kstegall@littler.com

Attorneys for Defendant
WYNDHAM VACATION OWNERSHIP, INC. d/b/a WYNDHAM DESTINATIONS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE ARMSTRONG, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WYNDHAM VACATION OWNERSHIP, INC. d/b/a WYNDHAM DESTINATIONS, A foreign corporation; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive<br><br>Defendant. | Case No. 2:20-cv-00983-JCM-VCF<br><br>ORDER GRANTING<br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE SETTLEMENT DOCUMENTS** |

Plaintiff DANIELLE ARMSTRONG ("Plaintiff") and Defendant WYNDHAM VACATION OWNERSHIP, INC. d/b/a WYNDHAM DESTINATIONS ("Defendant"), by and through their attorneys of record, hereby stipulate and agree to extend the time for Defendant to file the settlement documents currently set on October 6, 2020, (ECF No. 24).

The parties are currently finalizing the settlement and need additional time beyond October 6, 2020, to do so.  As such, the parties request an extension of three weeks (21 days), no earlier than October 27, 2020, to submit the documents.

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1   This request is made in good faith and not for the purpose of delay.

2   Dated: October 5, 2020                                       Dated: October 5, 2020

3   Respectfully submitted,                                        Respectfully submitted,

/s/ Danielle J. Barraza, Esq.
JOSEPH A. GUTIERREZ, ESQ.                      PATRICK H. HICKS, ESQ.
DANIELLE J. BARRAZA, ESQ.                       KELSEY E. STEGALL, ESQ.
MAIER GUTIERREZ & ASSOCIATES             LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                                          Attorneys for Defendant
DANIELLE ARMSTRONG                              WYNDHAM VACATION OWNERSHIP, INC.
                                                                         d/b/a WYNDHAM DESTINATIONS

**ORDER.**

**IT IS SO ORDERED.**

Dated this __5th__ day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

2.