|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DANIELLE ARMSTRONG, individually, | Case No. 2:20-cv-00983-JCM-VCF |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING |
| | STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE SETTLEMENT DOCUMENTS |
| WYNDHAM VACATION OWNERSHIP, INC. d/b/a WYNDHAM DESTINATIONS, A foreign corporation; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive | |
| | [SECOND REQUEST] |
| Defendant. | |

Plaintiff DANIELLE ARMSTRONG ("Plaintiff") and Defendant WYNDHAM VACATION OWNERSHIP, INC. d/b/a WYNDHAM DESTINATIONS ("Defendant"), by and through their attorneys of record, hereby stipulate and agree to extend the time for Defendant to file the settlement documents by October 27, 2020, (ECF No. 27).

The parties are only awaiting Plaintiff's counsel to receive one final settlement check, and as such, they need additional time beyond October 27, 2020, for this to be finalized. As such, the parties request an extension of two weeks (14 days), no earlier than November 10, 2020, to submit the documents.

/ / /

This request is made in good faith and not for the purpose of delay.

Dated: October 27, 2020                    Dated: October 27, 2020

Respectfully submitted,                    Respectfully submitted,

/s/ Danielle J. Barraza, Esq.
JOSEPH A. GUTIERREZ, ESQ.                  PATRICK H. HICKS, ESQ.
DANIELLE J. BARRAZA, ESQ.                  KELSEY E. STEGALL, ESQ.
MAIER GUTIERREZ & ASSOCIATES               LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                    Attorneys for Defendant
DANIELLE ARMSTRONG                         WYNDHAM VACATION OWNERSHIP, INC.
                                           d/b/a WYNDHAM DESTINATIONS

**ORDER.**

**IT IS SO ORDERED.**

Dated this   27th   day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

2.