|   |   |
|---|---|
| 1 | PATRICK H. HICKS, ESQ. |
|   | Nevada State Bar Number: 04632 |
| 2 | KELSEY E. STEGALL, ESQ. |
|   | Nevada State Bar Number: 14279 |
| 3 | LITTLER MENDELSON, P.C. |
|   | 3960 Howard Hughes Parkway |
| 4 | Suite 300 |
|   | Las Vegas, NV  89169-5937 |
| 5 | Telephone:      702.862.8800 |
|   | Fax No.:         702.862.8811 |
| 6 | Email:            phicks@littler.com |
|   |                       kstegall@littler.com |

Attorneys for Defendant
WYNDHAM VACATION OWNERSHIP, INC. d/b/a WYNDHAM DESTINATIONS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DANIELLE ARMSTRONG, individually, | Case No. 2:20-cv-00983-JCM-VCF |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |
| WYNDHAM VACATION OWNERSHIP, INC. d/b/a WYNDHAM DESTINATIONS, A foreign corporation; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive | |
| Defendant. | |

Plaintiff DANIELLE ARMSTRONG ("Plaintiff") and Defendant WYNDHAM VACATION OWNERSHIP, INC. d/b/a WYNDHAM DESTINATIONS ("Defendant"), by and through their attorneys of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorney's fees.

The parties agree that neither party shall be deemed to be a prevailing party in this action and

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

that neither party will file for an award of attorney's fees or costs pursuant to any rule, statute, or law whether local, state, or federal, in any forum that would be available.

Dated: November 4, 2020                    Dated: November 4, 2020

Respectfully submitted,                     Respectfully submitted,

/s/ *Danielle J. Barraza, Esq.*             /s/ *Kelsey E. Stegall, Esq.*
JOSEPH A. GUTIERREZ, ESQ.                   PATRICK H. HICKS, ESQ.
DANIELLE J. BARRAZA, ESQ.                   KELSEY E. STEGALL, ESQ.
MAIER GUTIERREZ & ASSOCIATES                LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                     Attorneys for Defendant
DANIELLE ARMSTRONG                          WYNDHAM VACATION OWNERSHIP, INC.
                                            d/b/a WYNDHAM DESTINATIONS

**ORDER.**

**IT IS SO ORDERED.**

Dated this _____ day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE

4821-5704-8778.1 049859.1028

2.