PATRICK H. HICKS, ESQ.
Nevada State Bar Number: 04632
KELSEY E. STEGALL, ESQ.
Nevada State Bar Number: 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:         702.862.8811
Email:             phicks@littler.com
                      kstegall@littler.com

Attorneys for Defendant
WYNDHAM VACATION OWNERSHIP, INC. d/b/a WYNDHAM DESTINATIONS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE ARMSTRONG, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WYNDHAM VACATION OWNERSHIP, INC. d/b/a WYNDHAM DESTINATIONS, A foreign corporation; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive<br><br>Defendant. | Case No. 2:20-cv-00983-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

Plaintiff DANIELLE ARMSTRONG ("Plaintiff") and Defendant WYNDHAM VACATION OWNERSHIP, INC. d/b/a WYNDHAM DESTINATIONS ("Defendant"), by and through their attorneys of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorney's fees.

The parties agree that neither party shall be deemed to be a prevailing party in this action and

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

that neither party will file for an award of attorney's fees or costs pursuant to any rule, statute, or law whether local, state, or federal, in any forum that would be available.

Dated: November 4, 2020          Dated: November 4, 2020

Respectfully submitted,           Respectfully submitted,

/s/ *Danielle J. Barraza, Esq.*         /s/ *Kelsey E. Stegall, Esq.*
JOSEPH A. GUTIERREZ, ESQ.         PATRICK H. HICKS, ESQ.
DANIELLE J. BARRAZA, ESQ.         KELSEY E. STEGALL, ESQ.
MAIER GUTIERREZ & ASSOCIATES      LITTLER MENDELSON, P.C.

Attorneys for Plaintiff            Attorneys for Defendant
DANIELLE ARMSTRONG                 WYNDHAM VACATION OWNERSHIP, INC.
                                   d/b/a WYNDHAM DESTINATIONS

**ORDER.**

**IT IS SO ORDERED.**

Dated November 9, 2020.

_____
UNITED STATES DISTRICT JUDGE

4821-5704-8778.1 049859.1028

2.